IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
APR 15 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MARC MUKLEWICZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:25-cv-00040 |
| | ) |
| UNIVERSITY OF IOWA; | ) |
| BOARD OF REGENTS, STATE OF IOWA; | ) |
| and JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AND JURY DEMAND

Plaintiff Marc Muklewicz, acting pro se, files this Complaint against Defendants University of Iowa, the Board of Regents, and unknown individuals responsible for the maintenance and enforcement of classroom data security protocols, and alleges as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1331 (federal question) and

28 U.S.C. 1367 (supplemental jurisdiction over state law claims).

2. Venue is proper in the Southern District of Iowa under 28 U.S.C. 1391(b), as the events giving rise to the claims occurred in this District and involve a state institution headquartered in Iowa City, Iowa.

## PARTIES

3. Plaintiff Marc Muklewicz is a resident of Hiawatha, Iowa, and a student at the University of Iowa.

4. Defendant University of Iowa is a public university operating under the authority of the Board of Regents, State of Iowa.

5. Defendant Board of Regents, State of Iowa, is a constitutional board created to govern and oversee public institutions of higher education in the State of Iowa.

6. Defendants John Does 1-10 are individuals employed by or affiliated with the University of Iowa or Board of Regents whose actions or inactions contributed to the alleged violations and harm.

## FACTUAL ALLEGATIONS

7. On or about March 9, 2025, a video of Plaintiff participating in a University of Iowa class was posted publicly on social media, edited in a defamatory way to falsely imply drug use.

8. The video included Plaintiffs full name, image, and identifiable classroom environment.

9. The video was not created by Plaintiff, nor was it authorized.

10. Plaintiff immediately notified university officials, including his professor, department chairs, Deans office, Office of Student Accountability, and General Counsel.

11. In the days that followed, Plaintiff discovered and documented that University of Iowa Zoom class sessions could be accessed anonymously by anyone with the link, without requiring university login credentials, passwords, or verification.

12. Plaintiff used screen recordings and testing to show that classes expose names, emails, and live video feeds to the public.

13. Despite providing this documentation, the University took no meaningful action to notify students, change access protocols, or address the breach.

14. The General Counsel confirmed in writing that instructors may choose to enable security but are not required to do so.

15. Plaintiff, fearing further exposure, harassment, and loss of academic safety, made the decision to stop attending classes on March 15, 2025.

16. At that time, Plaintiff held an A average in all courses.

17. Plaintiff submitted a formal FERPA complaint to the U.S. Department of Education.

18. Multiple press outlets have verified the ongoing ability to access University Zoom sessions without restriction.

## CAUSES OF ACTION

### COUNT I  NEGLIGENCE

19. Plaintiff incorporates all prior paragraphs.

20. Defendants owed Plaintiff and other students a duty of care to protect private classroom environments and prevent unauthorized access to student information.

21. Defendants breached this duty by failing to implement, enforce, or mandate authentication and security for virtual classes.

22. As a result, Plaintiffs privacy was invaded, his reputation was damaged, and his academic progress was disrupted.

### COUNT II  BREACH OF CONTRACT

23. Plaintiff incorporates all prior paragraphs.

24. As a student at the University of Iowa, Plaintiff entered into an educational contract promising a safe and secure academic environment in exchange for tuition and participation.

25. Defendants breached this implied contract by allowing unrestricted public access to classroom sessions.

26. Plaintiff suffered damages including reputational harm, emotional distress, educational disruption, and related financial loss.

## COUNT III  PUBLIC DISCLOSURE OF PRIVATE FACTS (STATE LAW)

27. Plaintiff incorporates all prior paragraphs.

28. The classroom setting is not a public forum. The release of video and audio of Plaintiff in that setting, particularly edited and republished in a harmful manner, constitutes a public disclosure of private facts.

29. Defendants facilitated this disclosure through inadequate access controls.

## COUNT IV  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

30. Plaintiff incorporates all prior paragraphs.

31. Defendants ongoing failure to act, investigate, or mitigate the harm after repeated notice rises to the level of outrageous conduct.

32. Plaintiff has suffered severe emotional distress, compounded by public exposure and

institutional abandonment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Award compensatory damages in an amount to be determined at trial;

B. Award punitive damages for willful and wanton disregard;

C. Issue injunctive relief requiring the University to secure virtual classroom access;

D. Award costs and any other relief the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all claims so triable.

DATED: April 10, 2025

Respectfully submitted,

*/s/ Marc Muklewicz*

Marc Muklewicz

140 Boyson Road, Unit #86

Hiawatha, IA 52233

marc@helpmemarc.com

630-770-9200

Respectfully submitted,


/s/ Marc Muklewicz

Marc Muklewicz

140 Boyson Road, Unit #86

Hiawatha, IA 52233

marc@helpmemarc.com

630-770-9200

# Filing Packet Cover Letter - Pro Se Civil Complaint

To: Clerk of Court

U.S. District Court - Southern District of Iowa, Eastern Division

131 East 4th Street

Davenport, IA 52801

RECEIVED

APR 15 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

From: Marc Muklewicz

140 Boyson Road, Unit #86

Hiawatha, IA 52233

marc@helpmemarc.com

630-770-9200

Dear Clerk,

Please find enclosed the following documents for filing a new civil complaint:

- Civil Complaint (signed, 2 copies)

- Civil Cover Sheet (JS-44)

- Summons Forms (3 total)

- Application to Proceed In Forma Pauperis (AO 240)

- Litigation Hold Notice (for reference, not for filing)

I am filing this case as a pro se litigant and requesting a waiver of the filing fee under 28 U.S.C. § 1915.

Please process the enclosed documents and return a filed-stamped copy to the address listed above.

Respectfully submitted,

Signature: _____

Date: 4/14/2024

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

RECEIVED APR 15 2025 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

## I. (a) PLAINTIFFS
Marc Muklewicz

**DEFENDANTS**
University of Iowa
Board of Regents, State of Iowa

(b) County of Residence of First Listed Plaintiff: **Linn**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Johnson**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se Plaintiff

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1331; 28 U.S.C. § 1367

Brief description of cause:
Negligence, breach of contract, and unauthorized disclosure of student data via unsecured Zoom access

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 4/14/2025

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____